UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KELLEAN TRUESDALE,
Individually and on behalf of others
similarly situated,

    Plaintiff,

v.                                       Case No: 5:13-cv-552-Oc-PRL

CLAYTON THOMAS, individually,
CHRIS BLAIR, individually and in his
official capacity of Sheriff of Marion
County, JULIE JONES, in her official
capacity as Director of the Department of
Highway Safety and Motor Vehicles, and
GERALD BAILY, in his official capacity
as Commissioner of the Florida
Department of Law Enforcement,

    DefendantS.

## ORDER

Previously, the Court ruled that Defendants Baily, Jones and Blair's motions to stay (Docs. 8 and 15) were granted in part, and ordered that the meeting to prepare the Case Management Report (at which point discovery may begin) be held no sooner than March 19, 2014. The Court further ordered that, if the pending motions to dismiss have not been resolved by then, the parties may file an additional motion at that time seeking relief.

Although he did not previously file a motion to stay, Defendant Thomas now moves to have the Court extend its rulings to include him. Accordingly, upon due consideration, Defendant Thomas' motion (Doc. 21) is **GRANTED** to the extent that the Court's rulings in its Order entered January 9, 2014 (Doc. 17) shall be extended to apply to Defendant Thomas.

- 2 -

**DONE** and **ORDERED** in Ocala, Florida on January 27, 2014.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties