**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**KELLEAN K. TRUESDELL,**
individually and on behalf of others
similarly situated

    Plaintiff,

v.   Case No: 5:13-cv-552-Oc-10PRL

**CLAYTON THOMAS, CHRIS BLAIR,
JULIE L. JONES and GERALD M.
BAILY**

    Defendants.

**ORDER**

This action was initiated on November 12, 2013, and involves putative class action claims for injunctive relief and money damages under the Driver's Privacy Protection Act of 1994, and claims under 42 U.S.C. § 1983 and state law. The Court previously stayed discovery in part, and ruled that the parties would have until March 26, 2014 within which to file their Case Management Report. (Docs. 17, 24, 26).

The parties have now filed a Joint Motion for Relief from Order Regarding Case Management Deadlines (Doc. 31) and request that the Court schedule a case status conference so that the parties can discuss a case management schedule. The parties recite that counsel met via telephone on March 20, 2014, and reached an impasse in their effort to agree to a proposed case management schedule. Consequently, the parties request a status and case management conference at the Court's earliest convenience.

- 2 -

Generally, the Court holds case status conferences after the parties have filed their Case Management Report. In this case, however, the parties request the Court's assistance because they have been unable to reach agreement regarding the deadlines in the Case Management Report. Accordingly, the parties' Joint Motion for Relief from Order Regarding Case Management Deadlines and Request for a Scheduling Conference (Doc. 31) is **GRANTED**. A status conference is scheduled for **10:30 a.m. on April 23, 2014** at the **United States Courthouse, 207 N.W. Second Street, Ocala, Florida**, and counsel for each and every party shall appear in person, and must arrive at least one hour before the status conference for the purpose of meeting and conferring with each other in an effort to agree on a proposed case management schedule. Alternatively, within ten (10) days of the entry date of this Order, the parties may file a completed joint Case Management Report containing their agreed upon case management schedule, which, if deemed sufficient by the Court, may result in the case status conference being cancelled as moot.

**DONE** and **ORDERED** in Ocala, Florida on April 9, 2014.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
Courtroom Deputy