UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KELLEAN K. TRUESDELL,
individually and on behalf of others
similarly situated,

                    Plaintiff/,

-vs                                         Case No. 5:13-cv-552-Oc-10PRL

CLAYTON THOMAS and CHRIS
BLAIR,

                    Defendants.
_____/

## **O R D E R**

The Court previously referred Plaintiff's motion for appellate attorney's fees and

costs to the United Magistrate Judge for preparation of a Report and Recommendation

concerning the disposition of the motion.  (Docs. 215, 216.)  In her motion, Plaintiff seeks

an award of appellate attorney's fees in the amount of $65,252.00 and appellate costs in

the amount of $3,545.49.  (Doc. 215.)  The Defendants filed a response in opposition.

(Doc. 215, pp. 61-75.)

The Magistrate Judge recommends that the motion for attorney's fees and costs

incurred in the appellate court (Doc. 215) be granted to the extent that Plaintiff should be

awarded appellate attorney's fees in the amount of $38,367.00 and appellate costs in the

amount of $851.00; and in all other respects be denied.  (Doc. 218.)

Neither party has filed objections to the Report and Recommendation, and the time for objecting has expired.

Accordingly, it is hereby ORDERED:

1.   The Magistrate Judge's Report and Recommendation (Doc. 218)   is CONFIRMED and ADOPTED;

2.   Plaintiff's motion for attorney's fees and costs incurred on appeal (Doc. 215) is GRANTED IN PART and DENIED IN PART;

3.   The Clerk is directed to enter judgment in favor of Plaintiff Kellean K. Truesdell and against Defendants Clayton Thomas and Chris Blair, in his official capacity as Sheriff of Marion County, Florida, in the following amounts: $38,367.00 in appellate attorney's fees; and $851.00 in appellate costs.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 11th day of January, 2019.

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
Hon. Philip R. Lammens
Mari Jo Taylor